JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Tate,<br><br>    Plaintiff,<br><br>v.<br><br>RSJ Investment Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 14-08567-DMG (ASx)<br><br>**ORDER OF DISMISSAL [9]** |

Having read Plaintiff's notice of voluntary dismissal, and good cause appearing therefor, the above-captioned action is hereby ordered dismissed with prejudice.

DATED: November 13, 2014

                                            DOLLY M. GEE
                                            United States District Judge